[No. 59558-0-I. Division One. January 14, 2008.]

NICK AUSTIN ET AL., *Respondents*, v. APOLLO HAIR SYSTEMS OF SEATTLE, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-12330-9, Dean Scott Lum, J., entered February 7, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59654-3-I. Division One. January 14, 2008.]

CHARLES GOURLEY ET AL., *Appellants*, v. 180SOLUTIONS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-19113-1, Richard A. Jones, J., entered March 1, 2007. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington and Dwyer, JJ.

[No. 34887-0-II. Division Two. January 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN EDWARD SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-03817-1, Sergio Armijo, J., entered May 19, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 35071-8-II. Division Two. January 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT EUGENE RIDGLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 06-1-00150-2, Richard L. Brosey, J., entered July 5, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Penoyar, JJ.